IN THE MATTER OF THE ESTATE OF MARY McFEELY, DECEASED.

*Mr. Joseph B. McFeely* and *Mr. Abraham J. Slurzberg,* for the petitioner.

*Messrs. Otis & Kilkenny* and *Mr. Isadore Glauberman,* for the respondent.

See same case below: 11 *N. J. Super.* 518.

April 30, 1951. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CARL WEITERSHAUSEN, DEFENDANT-PETITIONER.

See same case below: 11 *N. J. Super.* 487.

*Mr. Anthony A. Calandra* and *Mr. Michael Breitkopf,* for the petitioner.

*Mr. Richard J. Congleton* and *Mr. C. William Caruso,* for the respondent.

April 30, 1951. Denied.